EDWARD C. KOSINSKY, Respondent, v. THE CITY SCHOOL DISTRICT OF THE CITY OF HORNELL et al., Appellants.— All concur. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

PAUL BOCHINSKI, as Administrator of the Estate of TILLIE BOCHINSKA, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.—

All concur. (The judgment affirms a judgment of the Buffalo City Court in favor of plaintiff in an action under a life insurance policy. The order is the order of affirmance.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

RUTH TOPHAM, Appellant, v. GERALD L. REITZ, Respondent

All concur, except Taylor and Harris, JJ., who dissent and vote for affirmance. (The judgment is for plaintiff in an automobile negligence action. The order denies plaintiff's motion for a new trial on the ground of inadequacy.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK ROSA, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, et al., Respondents.— All concur. (The order dismisses a petition of the prisoner to compel the Warden and the Compensation Board to act.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

(November 18, 1942.)

NORTHERN NEW YORK POWER CORPORATION, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 726-A).— All concur. (The portion of the judgment appealed from adjudges the waiver and release of claimant's predecessor to be valid, determines the rights of the parties as to their water rights, and dismisses the counterclaim of the State for excess water used.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of WAYNE COUNTY PRODUCE CO., INC., Appellant. H. C. HEMINGWAY & COMPANY, Respondent.— All concur. (The order denies defendant's motion for change of venue.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.